UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HAROLD GERNSBACHER, JR.,**

   Plaintiff,

v.                                                     No. 4:21-CV-00893-P

**WPCP DISTRIBUTORS, LLC ET AL.,**

   Defendants.

## ORDER

   This Judgment is issued pursuant to FED. R. CIV. P. 58(a). This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED** that this suit is **DISMISSED with prejudice**. The Clerk shall transmit a true copy of this Judgment to the parties.

   **SO ORDERED** on this **7th day of October, 2022.**

*[signature: Mark T. Pittman]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE